Ocie Ballard, appellee, v. Easter Lily Club, appellant. Gen. No. 27,369.

Action against a fraternal benefit society to recover funeral benefits. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Harry M. Walker, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Opinion filed June 26, 1922.

Denison, Watkins & White, for appellant. Ellis & Westbrooks, Harris B. Gaines and James S. Winfrey, for appellee; Richard E. Westbrooks, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

Morris Lilienthal et al., appellees, v. F. N. Matthews & Company, appellant. Gen. No. 27,423.

Action for price of garments sold and delivered to defendant. (Former opinions, see 208 Ill. App. 302; 215 Ill. App. 160.) Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. Hosea W. Wells, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Opinion filed June 26, 1922. *Certiorari* denied by Supreme Court (making opinion final).

Julian C. Ryer, for appellant. Cermak & Posvic, for appellees.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

Alexander Brylinski, plaintiff in error, v. Loan Association of the Members of All Saints Parish, defendant in error. Gen. No. 27,038.

Suit to have a deed declared null and void and a cloud on complainant's title and for cancellation of same, to enjoin a suit by defendant for possession, for an accounting and to compel defendant to execute a deed to complainant. Decree for relief asked on condition of payment of a sum of money to defendant. Error to the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in this court at the October term, 1921. Reversed and remanded with directions. Opinion filed June 26, 1922. *Certiorari* denied by Supreme Court (making opinion final).

Robert F. Kolb, for plaintiff in error. Michael S. Adamczyk and Sherwin J. Johnson, for defendant in error.

Mr. Justice Matchett delivered the opinion of the court.

---

Tom Petrakos, defendant in error, v. John L. Manta et al., plaintiffs in error. Gen. No. 27,053.

Action upon a promissory note against the indorsers. Default judgment for plaintiff and motion to vacate same denied. Error to the Superior Court of Cook county; the Hon. Oscar Hebel, Judge, presiding. Heard in this court at the October term, 1921. Reversed and remanded. Opinion filed June 26, 1922. Rehearing denied July 12, 1922. *Certiorari* denied by Supreme Court (making opinion final).

Bangs & Frankhauser and Cheney, Evans & Peterson, for plaintiffs in error. Charles P. Schwartz, for defendant in error; William Jaffe, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

---

Thomas Rosin, appellee, v. National Fire Insurance Company of Hartford, appellant. Gen. No. 27,161.

Action on automobile theft or robbery insurance policy. Judgment